(January 2, 1975)

In the Matter of ALBERT M. ROSENBLATT, as District Attorney of Dutchess County, Petitioner, v. JOSEPH JIUDICE, as Judge of the Dutchess

County Court, Respondent. WILLIAM ABRUZZI, Intervenor-Respondent.— Proceeding pursuant to article 78 of the CPLR to prohibit respondent from enforc-ing his order to suppress the use of certain books (allegedly seized as evidence pursuant to a warrant) as evidence in a criminal action entitled "*People* v. *Abruzzi*", which is now pending in the County Court, Dutchess County, in which (1) the defendant in said criminal action, William Abruzzi, has made a motion for leave to intervene as a party respondent, and (2) the respondent has made a motion to dismiss the proceeding upon an objection in point of law. Respondent's motion granted, proceeding dismissed and motion by Abruzzi denied, all without costs. Gulotta, P. J., Hopkins, Shapiro, Cohalan and Christ, JJ., concur.